UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:18-cv-01934-CAS |
| LCRF, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, THE INDEPENDENCE PROJECT, INC. and JOHN MEGGS, and the Defendant, LCRF, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
100 S. 4th St., Suite 550
St. Louis, MO 63102
Tel:  (314) 279-7416
Fax:  (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiffs*

/s/ R. Taylor Matthews III
R. Taylor Matthews III, Esq.
Lewis Rice LLC
600 Washington Ave., Ste 2500
St. Louis, MO 63101 Tel:
(314) 444-7600 Fax:
(314) 241-6056
tmatthews@lewisrice.com
*Attorney for Defendant*

Date:  May 24, 2019